UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                        Chapter 7

MARGARITA ONASSIS PARLIONAS                Case No.: 23-42029-jmm
*aka* MARGARITA MARY VEKRAKOS,


                                         Debtor.
--------------------------------------------------------X
DEBRA KRAMER, Solely in her Capacity as        Adv. Pro. No.: 23-01092-jmm
the Chapter 7 Trustee of the Estate of
MARGARITA ONASSIS PARLIONAS
*aka* MARGARITA MARY VEKRAKOS,


                                         Plaintiff,

              -against-

ATHANASIOS PARLIONAS,

                                         Defendant.
--------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

        **WHEREAS**, on June 7, 2023, Margarita Onassis Parlionas *aka* Margarita Mary Vekrakos (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York, at Brooklyn (the "Bankruptcy Court"); and

        **WHEREAS**, on March 18, 2024, the Bankruptcy Court entered an Order [Bankr. Dkt. No. 95] converting the Debtor's Chapter 11 case to one under Chapter 7 of the Bankruptcy Code; and

        **WHEREAS**, Debra Kramer was appointed interim Chapter 7 Trustee of the Debtor's estate and, by operation of law, became of the permanent Chapter 7 Trustee (the "Trustee") of the Debtor's estate; and

        **WHEREAS**, prior to the Trustee's appointment as the Chapter 7 Trustee in the Debtor's underlying bankruptcy case, the Debtor, in her capacity as a debtor in possession, commenced the above-captioned adversary proceeding seeking, among other things, authority to sell Athanasios Parlionas' (the "Defendant" and the Trustee, collectively, the "Parties") interest in the real property commonly known as 1331 SE 8 Court, Deerfield Beach, Florida 33441 (the "Real Property") under sections 363(f) and (h) of the Bankruptcy Code (the "Adversary Proceeding"); and

1

**WHEREAS**, on or about May 21, 2024, the Parties entered into a proposed settlement agreement (the "Settlement Agreement") whereby the Defendant consented to, among other things, the Trustee's sale of the Real Property; and

**WHEREAS**, on June 5, 2024, the Bankruptcy Court entered an Order authorizing and approving the Settlement Agreement [Bankr. Dkt. No. 142], which Order has become final and non-appealable; and

**WHEREAS**, pursuant to the Settlement Agreement, the Parties now seek to dismiss the Adversary Proceeding with prejudice.

### NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT

1. The above-captioned Adversary Proceeding is hereby dismissed with prejudice.

2. Each of the Parties hereto shall be responsible for their own attorneys' fees, costs and expenses related to the Adversary Proceeding.

3. Upon the entry of an Order approving this Stipulation of Dismissal, the Clerk of the Court is directed to close the above-captioned Adversary Proceeding.

Dated: July 8, 2024            Date: July 9, 2024
      Huntington, New York            Brooklyn, New York

| | |
|---|---|
| **Law Offices of** | **The Law Office of** |
| **Avrum J. Rosen, PLLC** | **Richard A. Klass, Esq.** |
| *Counsel to Plaintiff-Trustee* | *Counsel to Defendant* |

By:   */s/ Alex E. Tsionis*           By:   */s/ Hillary F. Schultz*
      Alex E. Tsionis                  Hillary F. Schultz
      38 New Street                      16 Court Street, 28th Floor
      Huntington, New York 11743       Brooklyn, New York 11241
      Tel: (631) 423-8527               Tel: (718) 643-6063
      atsionis@ajrlawny.com          hschultz@courtstreetlaw.com

**IT IS SO ORDERED**

Dated: July 15, 2024
      Brooklyn, New York



                                     Jil Mazer-Marino
                          United States Bankruptcy Judge